# Jon A. Gegenheimer
# JEFFERSON PARISH CLERK OF COURT

UNITED STATES OF AMERICA
STATE OF LOUISIANA
PARISH OF JEFFERSON

AUGUST 24, 20 17

I, RANDI N PRISCO, Deputy Clerk for the 24th Judicial District Court, State of Louisiana, do hereby certify that the attached is a true and correct certified copy of the entire proceeding entitled

**STATE OF LOUISIANA**
**24th Judicial District Court for the Parish of Jefferson**

**No.:** 774-782 **Division:** " C "

LOGAN LANDRY

vs.

PSOIGEN INC, POSIGEN LLC, POSIGEN GP LLC, POSIGEN ENERGY EFFICIENCY OF LOUISIANA LLC, POSIGEN OF LOUISIANA LLC, TOM NEYHART

of the Civil Docket of the 24th Judicial District Court, State of Louisiana.

CLERK OF COURT • PARISH OF JEFFERSON • UNION • JUSTICE • CONFIDENCE • LOUISIANA

[SEAL]

JON A. GEGENHEIMER
Jefferson Parish Clerk of Court

Deputy Clerk of Court

Date: AUGUST 24, 20 17

1040
FILED FOR RECORD 08/08/2017 10:49:54
P. Ingraffia, DY CLERK
JEFFERSON PARISH, LA

# LOUISIANA CIVIL CASE REPORTING
## Civil Case Cover Sheet - LA. R.S. 13:4688 and
## Part G, §13, Louisiana Supreme Court General Administrative Rules

CODED

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Logan Landry

vs.

Posigen Inc ET al.

**Court:** 24th Judicial District **Docket Number:** 774-782 C

**Parish of Filing:** Jefferson **Filing Date:** 8-8-17

**Name of Lead Petitioner's Attorney:** Galen M. Hair

**Name of Self-Represented Litigant:** ______

**Number of named petitioners:** 1 **Number of named defendants:** 6.

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

- ☐ Auto: Personal Injury
- ☐ Auto: Wrongful Death
- ☐ Asbestos: Property Damage
- ☐ Product Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Wrongful Death
- ☐ Business Tort
- ☐ Defamation
- ☐ Environmental Tort
- ☐ Intellectual Property
- ☐ Legal Malpractice
- ☐ Other Professional Malpractice
- ☐ Maritime
- ☐ Wrongful Death
- ☐ General Negligence
- ☐ Auto: Property Damage
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Personal Injury/Death
- ☐ Premise Liability
- ☐ Intentional Property Damage
- ☐ Unfair Business Practice
- ☐ Fraud
- ☐ Professional Negligence
- ☐ Medical Malpractice
- ☐ Toxic Tort
- ☐ Other Tort (describe below)
- ☐ Redhibition
- ☐ Class action (nature of case)

IMAGED AUG - 7 2017

**Please briefly describe the nature of the litigation in one sentence of additional detail:**

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name Galen M. Hair Signature ______

Address 909 Poydras Street Suite 1100 New Orleans La. 70112

Phone number: 684-5200 E-mail address: mir@vhclaw.com.

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER
08/24/2017 11:41:00 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:1728787

950
835

CODED

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 774-782 DIV. "C"

LOGAN LANDRY

VS.

POSIGEN, INC.; POSIGEN, LLC; POSIGEN GP, LLC; POSIGEN ENERGY EFFICIENCY OF LOUISIANA, LLC; POSIGEN OF LOUISIANA, LLC; AND TOM NEYHART

CODED

FILED: ____________________ ____________________
DEPUTY CLERK

128 pd.

**PETITION FOR DAMAGES**

Plaintiff, Logan Landry, respectfully avers the following:

**PARTIES**

1. Logan Landry is a person of the age of majority formerly residing in New Orleans, Louisiana.
2. PosiGen, Inc. is a corporation registered in Delaware that is not formally authorized to do business in Louisiana, but does business in Louisiana as a result.
3. PosiGen, LLC is a limited liability company with its principal office in Jefferson Parish.
4. PosiGen GP, LLC is a limited liability company with its principal office in Jefferson Parish.
5. PosiGen Energy Efficiency of Louisiana, LLC is a limited liability company with its principal office in Jefferson Parish.
6. PosiGen of Louisiana, LLC is a limited liability company with its principal office in Jefferson Parish.
7. The PosiGen entities in paragraphs 2-6 are collectively referred to as "PosiGen" throughout.
8. Tom Neyhart is a person of the age of majority that can be found in the parish of Jefferson.
9. Discussed below are fraudulent and *ultra vires* acts.
10. Because of the nature of some of these actions, Mr. Neyhart is personally liable for some of the actions.

CODED

CODED

cit 8-10-17 1cc h/c D. LeBlue service

24th E-Filed: 08/08/2017 10:23:56 Case: 774782 Div:C Atty:032865 GALEN M HAIR

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER

08/24/2017 11:41:00 CERTIFIED TRUE COPY - Pg:1 of 9 - Jefferson Parish Clerk of Court - ID:1728787

11. Moreover, no meaningful separation was provided in the employment of Landry. Accordingly, all of the PosiGen entities are jointly and solidarily liable for the torts of another. In fact, PosiGen worked with such little formal separation to the point that it would be virtually impossible to distinguish between the different entities.

**GENERAL BACKGROUND**

12. Mr. Landry was a partial owner of BLG. PosiGen acquired BLG in 2014.

13. As part of this acquisition, Mr. Landry was offered a 2-year employment contract, attached hereto as "Exhibit A" which was executed June 20, 2014. One of the many terms of the contract was that Mr. Landry's primary office would be in Houma, Louisiana.

14. Under the employment contract, Mr. Landry's official position was "Regional Director of Operations."

15. Among others, the terms of the contract provided for incentives and stock options, an annualized salary of $175,000, a bonus program, and additional expenses including reimbursement for expenses incurred in connection with the performance of his duties.

16. Upon information and belief, the stock options and incentives were promised to lure Mr. Landry into an employment contract with PosiGen to secure the acquisition of BLG.

17. While PosiGen has multiple lines of business and multiple entities, its primary line of business is in solar installation for residential use.

18. Typically, PosiGen uses government tax credits to fund the purchase and installation of solar panels on homes and charges the homeowners a monthly fee, with tax credits going to a bank who finances the cost. Critical to the award of tax credits are the completions of installations.

19. Upon information and belief, the ownership of PosiGen consists of:

| | |
|---|---|
| Goldman Sachs | 8% (Series A) |
| New World Capital | 25% (Series B) |
| Constellation | ~5% (Series B) |
| Callais Capital | ~5% (Series C) |
| Sunrun | 5% (this classification is in contention) |

24th E-Filed: 08/08/2017 10:23:56 Case: 774782 Div:C Atty:032865 GALEN M HAIR

JON A. GEGENHEIMER

08/24/2017 11:41:00 CERTIFIED TRUE COPY - Pg:2 of 9 - Jefferson Parish Clerk of Court - ID:1728787

| | |
|---|---|
| Tom Neyhart | 17% |
| Aaron Dirks | 17% |
| Ben Norwood | ~2% (Restricted) |
| Options Pool | Remaining |

20. Until recently, the Board of Directors consisted of Tom Neyhart, Lisa Neyhart, New World Capital (2 seats), Goldman Sachs (1 seat), Tim Anderson, and Aaron Dirks. Upon information and belief, there may have been a change to this composition recently.

21. The lease terms on these types of solar installations are scheduled to be 20-year leases and carry an average approximate monthly cost of ~$55.00 depending on the size and location of the installation.

22. In or around October 2014, in violation of the terms of the employment agreement, Mr. Landry's principal office was changed from Houma to New Orleans. This change came with increased responsibilities and increased his commute by 2.5 hours a day. Despite increasing his responsibilities, daily commute, and expenses, Mr. Landry's compensation was not increased to reflect this. Additionally, this commute caused Mr. Landry severe emotional distress as he was required to spend a significant amount of time away from his family.

23. Throughout his employment with PosiGen, he was promised bonuses amounting to approximately 30% of this annual salary. Because he trusted PosiGen to honor these commitments, Mr. Landry relied on said promises to his detriment. Currently, the outstanding balance of unpaid bonuses promised to Mr. Landry, and acknowledged by Tom Neyhart and others, is approximately $90,000. Due to an agreement forced upon Mr. Landry by Mr. Neyhart on August 4, 2016, Mr. Landry agreed to payment of 50% of the earned bonuses, amounting to $45,000 to lessen the financial burden on the company.

24. After the expiration of the employment contract, Mr. Landry continued to work for PosiGen despite a $31,000 annual decrease in salary and refusal of a new employment contract.

24th E-Filed: 08/08/2017 10:23:56 Case: 774782 Div:C Atty:032865 GALEN M HAIR

JON A. GEGENHEIMER

08/24/2017 11:41:00 CERTIFIED TRUE COPY - Pg:3 of 9 - Jefferson Parish Clerk of Court - ID:1728787



25. In addition to the aforementioned debts, there exists an outstanding balance due to the mishandling of the BLG acquisition in the amount of $21,000. This breaks down to $16,000 plus at least one year of interest. This mishandling has been acknowledged multiple times, and the debt has been acknowledged, however PosiGen has since repudiated the debt balance.
26. Neyhart has been problematic for PosiGen at best.
27. He willingly and knowingly falsified completion dates (critical to tax credits being earned) on projects to banks, customers, investors, and upon information and belief to governmental entities.
28. He has willingly and knowingly hidden inventory when an inspection was set to take place.
29. He has created a hostile and negative work environment for PosiGen's employees, including Mr. Landry.
30. PosiGen has a history of reported workplace problems including a lawsuit filed by an attorney regarding racial workplace discrimination. The plaintiff in that matter was Michelle Charles.
31. That same attorney, Michelle Charles, claimed that there were unpaid bonuses.
32. Ultimately, that matter was dismissed by joint motion claiming the matter had been "resolved."
33. A former COO of the Company, John Pinholster, sued in Orleans Parish Civil District Court for $753,459 in unpaid wages and bonus proceeds.
34. That matter, too, was compromised and settled.
35. In fact, PosiGen's and Neyhart's mode of doing business is essentially not to pay amounts owed until absolutely forced to do so.
36. In April of 2014, PosiGen came to the local spotlight when it was disclosed that Tom Neyhart had been charged with two felony offenses stemming from an incident in Las Vegas. The charges were allegedly battery with substantial bodily harm and mayhem.
37. Tom Neyhart had accepted a plea deal in September of 2002 and pleaded guilty to the battery charge. He was sentenced to five years on probation and ordered to pay $100,000 in restitution.

24th E-Filed: 08/08/2017 10:23:56 Case: 774782 Div:C Atty:032865 GALEN M HAIR

JON A. GEGENHEIMER

08/24/2017 11:41:00 CERTIFIED TRUE COPY - Pg:4 of 9 - Jefferson Parish Clerk of Court - ID:1728787

38. The problem came in that PosiGen and Neyhart did not disclose this conviction in its state contractors' license application when asked if any of the principals of the company have been convicted of any crimes – felonies, or misdemeanors that go beyond routine traffic matters.

39. Neyhart's reason for his lack of disclosure was, implausibly, his lack of attention to detail.

40. Neyhart was Louisiana's top political donor for 2014 donating at least $86,362 to candidates over the course of the 2014. Ben Norwood an associate of Neyhart's and PosiGen's Chief Legal Counsel was the second highest political donor giving roughly $70,000 to candidates. The third largest donor of that cycle was PosiGen itself.

41. Mr. Landry resigned from PosiGen in August 2016 for many of the above-stated financial wrongs, however, more importantly, due to the stress of a hostile work environment. In the course and scope of his employment, Mr. Landry was asked on a constant basis to perform unethical, fraudulent, and often illegal conduct. These activities include, but are not limited to, falsifying documents, lying about the status of a project to continue to receive government funding, hiding inventory prior to audits, and other illicit acts. He was additionally asked to meet a monthly installation quota by any means necessary, including photoshopping equipment onto roofs in photographs to forge proof of installation. He refused this demand, which insured that his future at PosiGen was limited.

42. Mr. Landry objected to and refused to participate in PosiGen's unethical and unlawful conduct, but the behavior continued.

43. After repeatedly asking PosiGen to honor its financial obligations, Mr. Neyhart offered a settlement amount and payment plan over breakfast on August 1, 2016. Out of fear that Mr. Neyhart would again refuse to honor his promise, Mr. Landry emailed Neyhart to have written documentation in an effort to ensure this promise would be kept. Neyhart agreed to the following terms:

   a. $30,000 in earned incentive income;
   b. enough Delta Sky Miles to cover the average mileage cost of (2) first class tickets, or 200,000 miles to be issued no later than Monday, August 8, 2016;
   c. The above amounts, totaling $46,000 to be paid in (2) installments:

24th E-Filed: 08/08/2017 10:23:56 Case: 774782 Div:C Atty:032865 GALEN M HAIR

JON A. GEGENHEIMER

08/24/2017 11:41:00 CERTIFIED TRUE COPY - Pg:5 of 9 - Jefferson Parish Clerk of Court - ID:1728787

    i. $25,000 on Monday, August 8, 2016;

ii. $21,000 no later than December 1, 2016, or, any prior month that PosiGen installs 250 PV systems.

44. Mr. Landry resigned, with notice, on August 8, 2016 due to the emotional and financial distress which resulted from PosiGen's actions and hostile environment.

45. Mr. Landry has engaged in countless communications with Mr. Neyhart and other PosiGen employees in hopes that they would honor their commitments. Yet, throughout his employment and currently they withhold substantial amount of money that they have acknowledged is owed to Mr. Landry.

46. Upon information and belief this failure to pay Mr. Landry was intentional and Neyhart and PosiGen fraudulently induced Mr. Landry into employment, continued employment, and ultimately resignation based on false representations and a pattern of fraud.

47. Mr. Landry is entitled to all unpaid bonuses, outstanding debt, and damages.

**CLAIMS**

48. All of the above paragraphs are expressly incorporated as if restated herein.

49. Under La. C.C. art 1986, Mr. Landry is entitled to damages, specific performance, or both for breach of contract.

50. Mr. Landry is entitled to damages caused by Defendants' breach of the covenant of good faith and fair dealing that is implied in every contract.

51. Mr. Landry is entitled to bonuses and other debts to the extent that PosiGen was unjustly enriched under La. C.C. art. 2298.

52. Mr. Landry is entitled to damages resulting from Defendants' breach of fiduciary duty under La. Rev. Stat. § 11:264.5 by withholding monies known to be owed to Mr. Landry.

53. Mr. Landry suffered financial harm as well as emotional distress and mental anguish.

54. PosiGen's and Neyhart's actions in insisting Mr. Landry engage in illegal or unethical conduct were so outrageous and beyond the bounds of what is acceptable, that Mr. Landry began to suffer from extreme emotional distress.

24th E-Filed: 08/08/2017 10:23:56 Case: 774782 Div:C Atty:032865 GALEN M HAIR

08/24/2017 11:41:00 CERTIFIED TRUE COPY - Pg:6 of 9 - Jefferson Parish Clerk of Court - ID:1728787

55. Mr. Landry is entitled to damages for harm suffered as a result of Defendants' conduct in participation in the racketeering activity of transmitting fraudulent and forged documents, in which they forced Mr. Landry to participate, in violation of 18 U.S.C. § 1962.
56. Mr. Landry is entitled to damages for harm suffered which resulted from reliance on Defendants' promises to his detriment under La. Civ. Code art. 1967.
57. Mr. Landry is entitled to damages resulting from Defendants' fraudulent misrepresentations regarding the stock options purchase agreement which induced the acquisition of BLG under La. Civ. Code art 1953.
58. Defendants conspired to commit the intentional acts of fraud, unjust enrichment, breach of contract, breach of fiduciary duty, intentional infliction of emotional distress, and breach of covenant of good faith and are liable in solido for damages caused by such acts under La. Civ. Code art 2324.

**JURY REQUEST**

59. For any and all claims subject to the same, a trial by jury is requested.

**PRAYER FOR RELIEF**

WHEREFORE, Petitioner prays that after due proceedings be had, there be judgment in his favor:

a. Against PosiGen for all debts owed through August 8, 2016;

b. Against Neyhart and PosiGen for intentional infliction of emotional distress;

c. Against Neyhart and PosiGen for breach of contract.

d. Against Neyhart and PosiGen for unjust enrichment.

e. Against Neyhart and PosiGen for breach of fiduciary duty.

f. Against Neyhart and PosiGen for damages caused by participation in racketeering activity.

g. Against Neyhart and PosiGen for detrimental reliance.

h. Against Neyhart and all PosiGen entities for conspiracy.

i. Any and all other claims that the facts above justify;

j. Attorneys' fees and court costs;

24th E-Filed: 08/08/2017 10:23:56 Case: 774782 Div:C Atty:032865 GALEN M HAIR

08/24/2017 11:41:00 CERTIFIED TRUE COPY - Pg:7 of 9 - Jefferson Parish Clerk of Court - ID:1728787

k. Legal interest;

l. Any other claims that may be equitable.

Respectfully submitted,

Galen M. Hair, LSBA No. 32865
John E. Bicknell, Jr., LSBA No. 36802
Sarah M. Kalis, LSBA No. 37186
**SCOTT, VICKNAIR, HAIR & CHECKI, LLC**
909 Poydras Street, Suite 1100
New Orleans, LA 70112
Telephone: (504) 684-5200
Facsimile: (504) 613-6351
hair@vhclaw.com
john@vhclaw.com
*Counsel for Logan Landry*

**PLEASE SERVE:**

Posigen, Inc.
Through the Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

Posigen, LLC
Through its registered agent for service of process:
Benjamin Norwood
819 Central Ave., Ste. 210
Jefferson, LA 70121

Posigen GP, LLC
Through its registered agent for service of process:
Kimm Freeman
819 Central Ave., Ste. 210
Jefferson, LA 70121

Posigen Energy Efficiency of Louisiana, LLC
Through its registered agent for service of process:
Thomas Neyhart
819 Central Ave., Ste. 210
Jefferson, LA 70121

Posigen of Lousisiana, LLC
Through its registered agent for service of process:
Thomas Neyhart
819 Central Ave., Ste. 210
Jefferson, LA 70121

Tom Neyhart – PERSONAL ONLY
819 Central Ave., Ste. 210
Jefferson, LA 70121

24th E-Filed: 08/08/2017 10:23:56 Case: 774782 Div:C Atty:032865 GALEN M HAIR

SEAL OF THE CLERK OF COURT
PARISH OF JEFFERSON
LOUISIANA
JON A. GEGENHEIMER

08/24/2017 11:41:00 CERTIFIED TRUE COPY - Pg:8 of 9 - Jefferson Parish Clerk of Court - ID:1728787



JON A. GEGENHEIMER
JEFFERSON PARISH CLERK OF COURT
*24th Judicial District Court Civil Records Department*
P.O. BOX 10 • GRETNA LA 70054-0010 • (504) 364-3740

Emailed atty. 8/8/17 @ 10:37 am.

# CIVIL RECORDS TELEPHONE CALL LOG

**Call 1**

**Case No:** 774-782 **Div. "**C**"** 8-8, 20 17

**Deputy Clerk: s/** AD **Time:** 10:54 am.

**Deputy Clerk Spoke To:** Jenna. **of** Galen M. Hair @ 684-5200

**In Re:** $50 SOS + $29.36 EBR

**Message to Provide if Attorney/Litigant/Designee Returns Call:** Will send cks in the mail.

**Call 2**

**Case No:** ______ **Div. "**___**"** ______, 20___

**Deputy Clerk: s/**______ **Time:** ______

**Deputy Clerk Spoke To:** ______ **of** ______

**In Re:** ______

**Message to Provide if Attorney/Litigant/Designee Returns Call:**

Rec'd on Checks 8-10-17

**Call 3**

**Case No:** ______ **Div. "**___**"** ______, 20___

**Deputy Clerk: s/**______ **Time:** ______

**Deputy Clerk Spoke To:** ______ **of** ______

**In Re:** ______

**Message to Provide if Attorney/Litigant/Designee Returns Call:**

503

CODED

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 774-782 DIV. " "

LOGAN LANDRY

VS.

POSIGEN, INC.; POSIGEN, LLC; POSIGEN GP, LLC; POSIGEN ENERGY EFFICIENCY OF LOUISIANA, LLC; POSIGEN OF LOUISIANA, LLC; AND TOM NEYHART

FILED: ____________________ ____________________
DEPUTY CLERK

**AFFIDAVIT OF VERIFICATION**

STATE OF VIRIGINA
COUNTY OF ALBEMARLE

Now before me, Notary Public, came and appeared:

LOGAN LANDRY

who after being duly sworn did depose and state:

1. He is a person of the age of majority and is competent to make this affidavit.
2. He has read the above Petition for Damages and that the allegations therein are true and correct to the best of his knowledge and belief.

LOGAN LANDRY

Sworn to and subscribed before me this 8th day of August, 2017.

NOTARY PUBLIC

Terri L. Thompson
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7179148
My Commission Expires
7-31-20

24th E-Filed: 08/08/2017 10:23:56 Case: 774782 Div:C Atty:032865 GALEN M HAIR

JON A. GEGENHEIMER

08/24/2017 11:41:00 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:1728787

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9407-4

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

LOGAN LANDRY
versus
PSOIGEN INC, POSIGEN LLC, POSIGEN GP LLC, POSIGEN ENERGY EFFICIENCY OF LOUISIANA LLC, POSIGEN OF LOUISIANA LLC, TOM NEYHART

Case: 774-782 Div: "C"
P 1 LOGAN LANDRY

To: POSIGEN LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
BENJAMIN NORWOOD
819 CENTRAL AVE STE 210
JEFFERSON LA 70121

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ AFFIDAVIT OF VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney GALEN M. HAIR and was issued by the Clerk of Court on the 10th day of August, 2017.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

SERVICE INFORMATION

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9407-4

Received:________ Served:________ Returned:________

Service was made:
___ Personal ___ Domiciliary ________

Unable to serve:
___ Not at this address
___ Vacant
___ Moved
___ No such address
___ Other ________
___ Numerous attempts ____ times
___ Received too late to serve
___ No longer works at this address
___ Need apartment / building number

Service: $______ Mileage: $______ Total: $______

Completed by:____________ # ______
Deputy Sheriff

Parish of: ____________

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER

08/24/2017 11:41:00 CERTIFIED TRUE COPY - Pg:1 of 5 - Jefferson Parish Clerk of Court - ID:1728787

Imaged 08/10/2017 10:28 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9408-2

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

LOGAN LANDRY
versus
PSOIGEN INC, POSIGEN LLC, POSIGEN GP LLC, POSIGEN ENERGY EFFICIENCY OF LOUISIANA LLC, POSIGEN OF LOUISIANA LLC, TOM NEYHART

Case: 774-782 Div: "C"
P 1 LOGAN LANDRY

To: POSIGEN GP LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
KIMM FREEMAN
819 CENTRAL AVE STE 210
JEFFERSON LA 70121

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ AFFIDAVIT OF VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney GALEN M. HAIR and was issued by the Clerk of Court on the 10th day of August, 2017.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

SERVICE INFORMATION

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9408-2

Received:__________ Served:__________ Returned:__________

Service was made:
___ Personal ___ Domicilary __________________

Unable to serve:
___ Not at this address
___ Vacant
___ Moved
___ No such address
___ Other ______________________
___ Numerous attempts _____ times
___ Received too late to serve
___ No longer works at this address
___ Need apartment / building number

Service: $__________ Mileage: $__________ Total: $__________

Completed by:______________________________ # __________
Deputy Sheriff

Parish of: ______________________________

Imaged 08/10/2017 10:28 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER

08/24/2017 11:41:00 CERTIFIED TRUE COPY - Pg:2 of 5 - Jefferson Parish Clerk of Court - ID:1728787

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9409-0

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

LOGAN LANDRY
versus
PSOIGEN INC, POSIGEN LLC, POSIGEN GP LLC, POSIGEN ENERGY EFFICIENCY OF LOUISIANA LLC, POSIGEN OF LOUISIANA LLC, TOM NEYHART

Case: 774-782 Div: "C"
P 1 LOGAN LANDRY

To: POSIGEN ENERGY EFFICIENCY OF LOUISIANA LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
THOMAS NEYHART
819 CENTRAL AVE STE 210
JEFFERSON LA 70121♂

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ AFFIDAVIT OF VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney GALEN M. HAIR and was issued by the Clerk of Court on the 10th day of August, 2017.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

SERVICE INFORMATION

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9409-0

Received:___________ Served:___________ Returned:___________

Service was made:
___ Personal ___ Domicilary ___________________

Unable to serve:
___ Not at this address
___ Vacant
___ Moved
___ No such address
___ Other ________________________________
___ Numerous attempts _____ times
___ Received too late to serve
___ No longer works at this address
___ Need apartment / building number

Service: $__________ Mileage: $__________ Total: $__________

Completed by:______________________________ # __________
Deputy Sheriff

Parish of: ________________________________

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER

08/24/2017 11:41:00 CERTIFIED TRUE COPY - Pg:3 of 5 - Jefferson Parish Clerk of Court - ID:1728787

Imaged 08/10/2017 10:28 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9410-8

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

LOGAN LANDRY
versus
PSOIGEN INC, POSIGEN LLC, POSIGEN GP LLC, POSIGEN ENERGY EFFICIENCY OF LOUISIANA LLC, POSIGEN OF LOUISIANA LLC, TOM NEYHART

Case: 774-782 Div: "C"
P 1 LOGAN LANDRY

To: POSIGEN OF LOUISIANA LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
THOMAS NEYHART
819 CENTRAL AVE STE 210
JEFFERSON LA 70121

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ AFFIDAVIT OF VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney GALEN M. HAIR and was issued by the Clerk of Court on the 10th day of August, 2017.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

SERVICE INFORMATION

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9410-8

Received:________ Served:________ Returned:________

Service was made:
___ Personal ___ Domiciliary __________

Unable to serve:
___ Not at this address
___ Vacant
___ Moved
___ No such address
___ Other __________
___ Numerous attempts ____ times
___ Received too late to serve
___ No longer works at this address
___ Need apartment / building number

Service: $________ Mileage: $________ Total: $________

Completed by:________________ # ________
Deputy Sheriff

Parish of: ________________

Imaged 08/10/2017 10:28 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER

08/24/2017 11:41:00 CERTIFIED TRUE COPY - Pg:4 of 5 - Jefferson Parish Clerk of Court - ID:1728787

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9411-6

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

LOGAN LANDRY
versus
PSOIGEN INC, POSIGEN LLC, POSIGEN GP LLC, POSIGEN ENERGY EFFICIENCY OF LOUISIANA LLC, POSIGEN OF LOUISIANA LLC, TOM NEYHART

Case: 774-782 Div: "C"
P 1 LOGAN LANDRY

To: TOM NEYHART
PERSONAL ONLY
819 CENTRAL AVE
SUITE 210
JEFFERSON LA 70121

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ AFFIDAVIT OF VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney GALEN M. HAIR and was issued by the Clerk of Court on the 10th day of August, 2017.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

SERVICE INFORMATION

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9411-6

Received:________ Served:________ Returned:________

Service was made:
___ Personal ___ Domicilary __________

Unable to serve:
___ Not at this address
___ Vacant
___ Moved
___ No such address
___ Other __________
___ Numerous attempts ____ times
___ Received too late to serve
___ No longer works at this address
___ Need apartment / building number

Service: $______ Mileage: $______ Total: $______

Completed by:________________ # ______
Deputy Sheriff

Parish of: ________________

Imaged 08/10/2017 10:28 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9557-6

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

LOGAN LANDRY
versus
PSOIGEN INC, POSIGEN LLC, POSIGEN GP LLC, POSIGEN ENERGY EFFICIENCY OF LOUISIANA LLC, POSIGEN OF LOUISIANA LLC, TOM NEYHART

Case: 774-782 Div: "C"
P 1 LOGAN LANDRY

To: PSOIGEN INC
THROUGH THE LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE LA 70809

S/S CK#2122
$50.00
EBR CK#2121
$29.86

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ AFFIDAVIT OF VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney GALEN M. HAIR and was issued by the Clerk of Court on the 10th day of August, 2017.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

SERVICE INFORMATION

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9557-6

Received:________ Served:________ Returned:________

Service was made:
___ Personal ___ Domicilary ________

Unable to serve:
___ Not at this address
___ Vacant
___ Moved
___ No such address
___ Other ________
___ Numerous attempts ____ times
___ Received too late to serve
___ No longer works at this address
___ Need apartment / building number

Service: $______ Mileage: $______ Total: $______

Completed by:____________ # ______
Deputy Sheriff

Parish of: ____________

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER

08/24/2017 11:41:00 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:1728787

Imaged 08/10/2017 15:14 - Signed: Deputy Clerk of Court /s/ Giselle A Leglue



(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9407-4

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

IMAGED AUG 18 2017

LOGAN LANDRY
versus
PSOIGEN INC, POSIGEN LLC, POSIGEN GP LLC, POSIGEN ENERGY EFFICIENCY OF LOUISIANA LLC, POSIGEN OF LOUISIANA LLC, TOM NEYHART

Case: 774-782 Div: "C"
P 1 LOGAN LANDRY

To: POSIGEN LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
BENJAMIN NORWOOD
819 CENTRAL AVE STE 210
JEFFERSON LA 70121

15-9

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ AFFIDAVIT OF VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney GALEN M. HAIR and was issued by the Clerk of Court on the 10th day of August, 2017.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

CODED

SERVICE INFORMATION

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9407-4

FILED FOR RECORD 08/17/2017 15:01:31
Deborah A. Bolotte, DY CLERK
JEFFERSON PARISH

Received: AUG 15 2017 Served: AUG 15 2017 Returned: AUG 15 2017

Service was made:
X Personal ___ Domiciliary ____________

Unable to serve:
___ Not at this address
___ Vacant
___ Moved
___ No such address
___ Other ____________
___ Numerous attempts ____ times
___ Received too late to serve
___ No longer works at this address
___ Need apartment / building number

Service: $________ Mileage: $________ Total: $ W

Completed by: ____________ # 12697
Deputy Sheriff

Parish of: ____________



IMAGED AUG 1 8 2017

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9408-2

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

LOGAN LANDRY
versus
PSOIGEN INC, POSIGEN LLC, POSIGEN GP LLC, POSIGEN ENERGY EFFICIENCY OF LOUISIANA LLC, POSIGEN OF LOUISIANA LLC, TOM NEYHART

Case: 774-782 Div: "C"
P 1 LOGAN LANDRY

To: POSIGEN GP LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
KIMM FREEMAN
819 CENTRAL AVE STE 210
JEFFERSON LA 70121

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ AFFIDAVIT OF VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney GALEN M. HAIR and was issued by the Clerk of Court on the 10th day of August, 2017.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

SERVICE INFORMATION

CODED

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9408-2

FILED FOR RECORD 08/17/2017 15:02:32
Deborah A. Bolotte, DY CLERK
JEFFERSON PARISH

Received: AUG 1 5 2017 Served: AUG 1 5 2017 Returned: AUG 1 5 2017

Service was made:
__ Personal __ Domicilary ______

Unable to serve:
__ Not at this address __ Numerous attempts ____ times
__ Vacant __ Received too late to serve
__ Moved __ No longer works at this address
__ No such address __ Need apartment / building number
__ Other ______

Service: $______ Mileage: $______ Total: $______

Completed by: ______ # ______
Deputy Sheriff

Parish of: ______

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9411-6

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

IMAGED AUG 18 2017

LOGAN LANDRY
versus
PSOIGEN INC, POSIGEN LLC, POSIGEN GP LLC, POSIGEN ENERGY EFFICIENCY OF LOUISIANA LLC, POSIGEN OF LOUISIANA LLC, TOM NEYHART

Case: 774-782 Div: "C"
P 1 LOGAN LANDRY

To: TOM NEYHART
PERSONAL ONLY
819 CENTRAL AVE
SUITE 210
JEFFERSON LA 70121

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ AFFIDAVIT OF VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney GALEN M. HAIR and was issued by the Clerk of Court on the 10th day of August, 2017.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

SERVICE INFORMATION

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9411-6

Received: AUG 15 2017 Served: AUG 15 2017 Returned: AUG 15 2017

Service was made:
X Personal ___ Domiciliary ___

Unable to serve:
___ Not at this address
___ Vacant
___ Moved
___ No such address
___ Other ___
___ Numerous attempts ___ times
___ Received too late to serve
___ No longer works at this address
___ Need apartment / building number

Service: $___ Mileage: $___ Total: $___

Completed by: ___ Deputy Sheriff # ___

Parish of: ___

FILED FOR RECORD 08/17/2017 15:08:32
Deborah A. Bolotte, DY CLERK
JEFFERSON PARISH



(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9410-8

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

LOGAN LANDRY
versus
PSOIGEN INC, POSIGEN LLC, POSIGEN GP LLC, POSIGEN ENERGY EFFICIENCY OF LOUISIANA LLC, POSIGEN OF LOUISIANA LLC, TOM NEYHART

Case: 774-782 Div: "C"
P 1 LOGAN LANDRY

IMAGED AUG 1 8 2017

To: POSIGEN OF LOUISIANA LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
THOMAS NEYHART
819 CENTRAL AVE STE 210
JEFFERSON LA 70121

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ AFFIDAVIT OF VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney GALEN M. HAIR and was issued by the Clerk of Court on the 10th day of August, 2017.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

CODED

SERVICE INFORMATION

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9410-8

FILED FOR RECORD 08/17/2017 15:04:24
Deborah A. Bolotte, DY CLERK
JEFFERSON PARISH

Received: AUG 1 5 2017 Served: AUG 1 5 2017 Returned: AUG 1 5 2017

Service was made:
___ Personal ___ Domicilary ___

Unable to serve:
___ Not at this address ___ Numerous attempts ___ times
___ Vacant ___ Received too late to serve
___ Moved ___ No longer works at this address
___ No such address ___ Need apartment / building number
___ Other ___

Service: $___ Mileage: $___ Total: $ 10

Completed by: [signature] # 4069
Deputy Sheriff

Parish of: ___

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON
JON A. GEGENHEIMER

08/24/2017 11:41:00 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:1728787


(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9409-0

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

IMAGED AUG 1 8 2017

LOGAN LANDRY
versus
PSOIGEN INC, POSIGEN LLC, POSIGEN GP LLC, POSIGEN ENERGY EFFICIENCY OF LOUISIANA LLC, POSIGEN OF LOUISIANA LLC, TOM NEYHART

Case: 774-782 Div: "C"
P 1 LOGAN LANDRY

To: POSIGEN ENERGY EFFICIENCY OF LOUISIANA LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
THOMAS NEYHART
819 CENTRAL AVE STE 210
JEFFERSON LA 70121

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ AFFIDAVIT OF VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney GALEN M. HAIR and was issued by the Clerk of Court on the 10th day of August, 2017.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

CODED

SERVICE INFORMATION

(101) CITATION: PETITION FOR DAMAGES; AFFIDAVIT OF VERIFICATION

170810-9409-0

FILED FOR RECORD 08/17/2017 15:04:55
Deborah A. Bolotte, DY CLERK
JEFFERSON PARISH

Received: AUG 1 5 2017 Served: 8-15-17 Returned: AUG 1 5 2017

Service was made:
X Personal ___ Domicilary ___

Unable to serve:
___ Not at this address ___ Numerous attempts ___ times
___ Vacant ___ Received too late to serve
___ Moved ___ No longer works at this address
___ No such address ___ Need apartment / building number
___ Other ___

Service: $___ Mileage: $___ Total: $___

Completed by: ___ Deputy Sheriff # 1065

Parish of: ___

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER