**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**LOGAN LANDRY, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                  **NO. 17-8444**

**POSIGEN, INC., ET AL.**                                   **SECTION "B"(5)**

**ORDER**

Considering Defendants' "Motion for Sanctions" (Rec. Doc. 46), "Ex Parte Motion for Leave to File Reply in Support of Motion for Sanctions" (Rec. Doc. 49), and "Ex Parte Motion for Leave to File Reply in Support of Motion for Sanctions in Excess of Ten Pages" (Rec. Doc. 50),

**IT IS ORDERED** that the motion for sanctions (Rec. Doc. 46) is **DENIED AS PREMATURE**, to be reurged when the litigation has concluded. "The time when sanctions are to be imposed rests in the discretion of the trial judge. However, it is anticipated that in the case of pleadings the sanctions issue under Rule 11 normally will be determined at the end of litigation . . . ." Fed. R. Civ. P. 11 advisory committee's note to 1983 amendment; *see also* 5A Wright & Miller, Federal Practice & Procedure § 1337.1 (3d ed. 2017) ("If the challenged conduct is the institution of the action itself . . . , the question whether there has been a Rule 11 violation generally is not decided until after the litigation is completed, in order to avoid delaying the disposition of the merits of the case."). Resolving Defendants' motion for sanctions under

1

Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, and the Court's inherent power to manage litigation will require delving into the merits of Plaintiffs' Amended Complaint. Defendants argue that sanctions are appropriate because Plaintiffs' pleadings are frivolous and Plaintiffs' attorneys did not sufficiently investigate their clients' claims. *See* Rec. Doc. 46-1 at 6-12. Plaintiffs dispute those allegations and claim that discovery will validate Plaintiffs' position. *See* Rec. Doc. 48 at 3-11. Both sides offer tit for tat affidavits about the substance of Plaintiffs' claims to support their arguments. *See* Rec. Docs. 48-2, 48-3, 49-3, 49-4, 49-5. Moreover, there is a pending motion to dismiss that will test the legal sufficiency of Plaintiffs' Amended Complaint. *See* Rec. Doc. 29. The motion for sanctions is therefore premature.

**IT IS FURTHER ORDERED** that the motions for leave to file a reply (Rec. Docs. 49, 50) are **DENIED AS MOOT.**

New Orleans, Louisiana, this 8th day of December, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE

2