## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOGAN LANDRY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-8444** |
| **POSIGEN, INC., ET AL.** | **SECTION "B"(5)** |

### ORDER & REASONS

Considering "Plaintiffs' Motion to Strike Defendants' Motion for Summary Judgment and Memorandum in Support (Docs. 94 and 94-1)" (Rec. Doc. 123),

**IT IS ORDERED** that the motion to strike is **DENIED**. Defendants' motion for summary judgment on liability and the supportive memorandum exceed the page length allowed by LR 7.7 by a half a page. **The half-page at issue contains the signature information of defense counsel and the certificate of service.** Plaintiffs' attorneys assert prejudice from latter missive by defense attorneys. They expressly accuse defense counsel with an intent to "blindside plaintiffs…immediately prior to the Thanksgiving Holiday." (Rec. Doc. 123-1, p.2). Instant protestations exaggerate inconsequential facts.

In over thirty-four years on the federal bench, LR 7.7 based concerns here for a half page of only non-substantive and uncontested information, are a first for the undersigned and hopefully the last. Under the foregoing circumstances, granting the requested relief would needlessly create a remedy for a

nonexistent injury. "Extreme justice is often injustice." ~Jean Racine.

**IT IS FURTHER ORDERED** that plaintiffs' "Ex Parte Motion for Expedited Consideration" (Rec. Doc. 124) is **MOOT**.

New Orleans, Louisiana, this 7th day of December, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE